**FILED**

JAN 03 2020

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 20 - 1 |
| | ) | |
| v. | ) | (18 U.S.C. § 922(g)(3)) |
| | ) | |
| WILLIAM KALNA | ) | |

## INFORMATION

## COUNT ONE

The United States Attorney charges:

On or about June 12, 2019, in the Western District of Pennsylvania, the defendant,

WILLIAM KALNA, knowing he was an unlawful user of or addicted to a controlled substance,

namely, heroin, a Schedule I controlled substance, knowingly possessed, in and affecting

interstate commerce, firearms and ammunition, to wit:

a. One (1) Ithica Gun Company, 37 Feather Light, 16 gauge shotgun, serial number 946180;

b. Five (5) boxes of bulk ammo;

c. One (1) Browning Arms, Medallion, .300 caliber rifle, serial number 52172NYL17, with attached scope;

d. Three (3) Winchester 30.30 rounds;

e. One (1) Box of 9mm Makarov ammunition (total thirteen (13) rounds);

f. Four (4) 16 gauge Remington shotgun shells;

g. One (1) Makarov, 9mm pistol, serial number ABC5172; with magazine loaded with nine (9) 9mm rounds and one (1) loose 9mm round removed from Makarov;

h. One (1) Taurus 709 Slim, 9mm pistol, serial number TJT96357;

i. One (1) Bolt Action rifle, with wooden stock and attached scope;

j. One (1) Savage Arms, model 116, .300 caliber rifle, serial number G890051, with attached scope and seven (7) rounds of 300 Winchester ammunition;

k.   One (1) New England Firearms, Pardner, 20 gauge shotgun, serial number NR289135;

l.   One (1) Wards Western Fields, model 60, 16 gauge shotgun, serial number SB620-A;

m.   One (1) Beretta, A390 Silver Mallard, 12 gauge shotgun, serial number U38556E;

n.   One (1) Remington, 870 Super Magnum, 12 gauge shotgun, serial number D396695A;

o.   One (1) Browning Arms, 12 gauge semi-automatic shotgun, serial number 329962;

p.   One (1) Marlin Firearms, 57-M Micro groove, .22 caliber pistol, with attached scope;

q.   One (1) American, CZ-527, .22 caliber rifle, serial number A181192, with attached scope;

r.   One (1) Remington Field Master 572, .22 caliber rifle, with attached scope;

s.   One (1) H&R Inc., model 929, .22 caliber revolver, serial number AG30105;

t.   One (1) Bauer Firearms Corp., Model Bauer,.25 caliber pistol, serial number 49107;

u.   One (1) Japanese rifle, serial number 129925;

v.   One (1) box of ammunition, including sixteen (16) Sprg R-P 30.06 caliber ammunition, thirty-four (34) 800 Win Mag FC 08 (shell only); four-hundred (400) Mini Mag 22 LR hp in a plastic box; Hornet 12-FX1 (shell only) and other ammo;

w.   One (1) Harrington and Richardson, Tamer, model SB1, 410 gauge shotgun, serial number HX248804;

x.   One (1) Remington 11-87, 12 gauge shotgun, serial numberPC566432;

y.   One (1) Browning Arms, Field model, 12 gauge semi-automatic shotgun, serial number 17992MW121;

z.   One (1) Mossberg, model 835 Camo Shotgun, 12 gauge shotgun, serial number UM 205487, with Realtree camo strap and two (2) 12 gauge shotgun shells;

aa.   One (1) WASR-10, model CN Romarm, semi-automatic rifle, serial number 1-1845-04;

bb.   One (1) Remington, Game Master 760, .30-06 caliber rifle, serial number A747119, with attached scope;

cc.   One (1) Marlin, 308 MX .308, rifle, serial number 93025912;

dd.   One (1) Ruger, Super Redhawk .44 Magnum, 550-51045 caliber revolver;

ee.   One (1) Remington 300 Win Mag Box with fourteen (14) rounds;

ff.   One (1) rifle round markings: 002 12-P Win Mag;

gg.   One (1) Mossberg, 715T, .22 caliber semi-automatic rifle, serial number EMG-3844116, with camo strap and attached sight;

hh.   One (1) Ruger, model 10/22, .22 caliber rifle, serial number 823-72042; and

ii.   One (1) Ruger, model 10/22, .22 caliber semi-automatic rifle, serial number 253-63379, with attached scope.

In violation of Title 18, United States Code, Section 922(g)(3).

## **FORFEITURE ALLEGATION**

   1.  The allegations contained in Count One of this Information are incorporated by reference as if fully set forth for the purpose of alleging criminal forfeiture pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

   2.  As part of the commission of the violation of Title 18, United States Code, Section 922(g)(3), charged in Count One of this Information, the firearms and ammunition referenced in that count, which were involved and used in the knowing commission of that offense and which were seized on June 12, 2019, are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1).

SCOTT W. BRADY
United States Attorney
PA ID No. 88352